MCC:BB:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA       )    CRIMINAL NO. 1:CR 01-005-01
                               )
     v.                        )
                               )    (RAMBO, S.J.)
JOSEPH BURNETT,                )
   a/k/a JOHN JONES,           )
                               )
              Defendant.       )    (ELECTRONICALLY FILED)
```

<u>EXHIBIT TO GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR RELIEF UNDER 18 U.S.C. § 3582(c)</u>

                Respectfully submitted,

                MARTIN C. CARLSON
                Acting United States Attorney

                Bruce Brandler
                Assistant U.S. Attorney
                Attorney I.D. No. PA62052
                228 Walnut Street, Suite 220
                P.O. Box 11754
                Harrisburg, Pennsylvania  17108-1754
                (717) 221-4482
                (717) 221-4493 (Facsimile)
                <u>bruce.brandler@usdoj.gov</u> (eMAIL)

Date:  April 24, 2008

## **TABLE OF CONTENTS**

USA v. Joseph Burnett, 1:CR-01-005, Order
dated February 14, 2003, sentence reduction
for substantial assistance . . . . . . . . . . . . . . . Exhibit 1

**GOVERNMENT'S EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:CR-01-005 |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| JOSEPH BURNETT | ) | |

### ORDER

AND NOW, this __14__ day of February, 2003, upon consideration of the government's Motion for Reduction of Sentence Pursuant to Fed.R.Crim.P. 35(b), and for the reasons stated therein, the Motion is hereby **GRANTED**.

The defendant's sentence of 97 months imprisonment is hereby reduced by 20 per cent to 78 months imprisonment in recognition of his substantial assistance to the government.

_____
Sylvia H. Rambo
District Court Judge


FILED
FEB 14 2003
PER_____
HARRISBURG, PA  DEPUTY C...