AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
HARRISBURG, PA

MAY 0 2 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH BURNETT | ) | Case No:  1:CR-01-005 |
|  | ) | USM No:  10585-067 |
| Date of Previous Judgment: February 14, 2003 | ) | Thomas Thornton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:       18                    Amended Offense Level: _____
Criminal History Category:    IV                    Criminal History Category: _____
Previous Guideline Range:     90   to  97*  months  Amended Guideline Range:  ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):    Defendant plead guilty to escape of February 20, 2008. That plea, along with institutional incident reports, shows that Defendant presents a public safety factor and is not deserving of a reduction.

* The sentence was reduced to 78 months on February 14, 2003, pursuant to Federal Rule of Criminal Procedure 35(b).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  02/14/2003   shall remain in effect.
IT IS SO ORDERED.

Order Date:  May 2, 2008
_____
Judge's signature

Effective Date:  May 2, 2008                        Sylvia H. Rambo, United States District Judge
(if different from order date)                       Printed name and title