# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania (Harrisburg)

FULL CAPTION IN DISTRICT COURT:            Circuit Court Docket No. _____

UNITED STATES OF AMERICA                    District Court
                                            Docket No.    1:01-CR-00005

       v.

                                            District Court
JOSEPH BURNETT                              Judge         Sylvia H. Rambo


   Notice is hereby given that _____Joseph Burnett_____ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) _____ entered in this action on   May 2, 2008  .


DATED: May 7, 2008


s/ Ronald A. Krauss, Esquire                 Bruce D. Brandler, Esquire
(Counsel for Appellant)                      (Counsel for Appellee)

Attorney ID # PA 47938                       United States Attorney's Office
Federal Public Defender's Office             228 Walnut Street, Room 220
100 Chestnut Street, Suite 306               Harrisburg, PA 17101-1738
Harrisburg, PA 17101                         Tel. No. (717) 221-4482
Tel. No. (717) 782-2237                      Fax No. (717) 221-2246
Fax No. (717) 782-3881                       <Bruce.Brandler@usdoj.gov>
<ronald_krauss@fd.org>                       Counsel for Appellee
Counsel for Appellant
       Joseph Burnett

## **CERTIFICATE OF SERVICE**

     I, Ronald A. Krauss of the Federal Public Defender's Office, do hereby certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

BRUCE D. BRANDLER, ESQUIRE
United States Attorney's Office



JOSEPH BURNETT

Date: May 7, 2008

     *s/ Ronald A. Krauss, Esquire*
     (Counsel for Appellant)

     Attorney ID #PA 47938
     Federal Public Defender's Office
     100 Chestnut Street, Suite 306
     Harrisburg, PA 17101
     Tel. No. (717) 782-2237
     Fax No. (717) 782-3881
     <ronald_krauss@fd.org>
     *Counsel for Appellant*
         *Joseph Burnett*